# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 271 MAL 2020

             Respondent   :

  :   Petition for Allowance of Appeal

  :   from the Order of the Superior Court

             v.   :

  :

LENN T. TUCKER JR.,   :

  :

             Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.